**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amanie Riley, on behalf of herself and all others similarly situated,<br><br>                 Plaintiffs,<br>-against-<br><br>JP Boden Services, Inc.,<br><br>                 Defendant. | Case No.  1:24-cv-03443-ER<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant, JP Boden Services, Inc., shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
               July 16, 2024

                                                 Respectfully submitted,

                                                 /s/ *Mars Khaimov*

                                                 Mars Khaimov, Esq.
                                                 Mars Khaimov Law, PLLC
                                                 100 Duffy Ave., Suite 510
                                                 Hicksville, NY 11801
                                                 mars@khaimovlaw.com